IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

No: Criminal No: 12-154

vs.

DEANNA TYLER,

Defendant.

## ORDER OF COURT

AND NOW, this 21 day of Dec, 2012, in accordance with the foregoing Motion, It is Hereby ORDERED that the Defendant's Motion for House Arrest Window is GRANTED. It is further ORDERED that Defendant, Deanna Tyler, is permitted a house arrest window on December 25, 2012, at 9:00 a.m. to 9:00 p.m.

_____
UNITED STATES DISTRICT JUDGE